IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western DIVISION
No. 5:23-cv-725-BO-BM

FILED
JAN 26 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Kyle Morgan

Plaintiff(s),

v.

Otha Pretty Jr.

Defendant(s).

**NOTICE OF SELF-REPRESENTATION**

I, Otha Pretty Jr._____, a Plaintiff/Defendant in the above-captioned matter, hereby enter my appearance as a pro se party. I understand that I am responsible for notifying the court of any change in my contact information and if I obtain representation by an attorney in the future.

Pursuant to Local Civil Rule 5.1(f)(2), I understand that where the clerk scans and electronically files documents into the Court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically: **Yes** ☐ **No** ☑ If Yes, name under which the form was submitted: _____.

I understand that I am responsible for notifying the court of any change in my contact information and if obtain representation by an attorney in the future. My contact information is listed on the following page:

My Mailing Address is:

**1012 Hadley Road**

| **Raleigh** | **NC** | 27610 |
|---|---|---|
| Town/City | State | Zip Code |

**9194557603**

Telephone Number (daytime)

**othaprettyjr@yahoo.com**

Email address

Date:

My Street Address (if different from mailing address) is:

| | | |
|---|---|---|
| Town/City | State | Zip Code |

Telephone Number (evening)

*Otha Pretty Jr.* 1-24-2024
Signature