Otha Pretty
1012 Hadley Rd.
Raleigh, NC 27610

Office of The Clerk
Post Office Box 25670
Raleigh, N.C. 27611