PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PME 2-Day
RALEIGH, NC 27601
JAN 25, 2024

27611   $34.10

RDC 07   R2303S101159-11

# MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



 UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 760 683 875 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 919 ) 565-7652
Otha Pretty
1012 Hadley Rd
Raleigh NC 27616

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
Office of the Clerk
P.O. Box 25670
Raleigh NC 27611

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⇨ PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 27611
Scheduled Delivery Date: 1-27-24
Postage: $30.45
Date Accepted: 1-25-24
Scheduled Delivery Time: 10:30 AM
Insurance Fee: 
COD Fee:
Time Accepted: 3:10 PM
10:30 AM Delivery Fee:
Return Receipt Fee: $3.65
Live Animal Transportation Fee:
Weight: Flat Rate
Acceptance Employee Initials: ALWH
Total Postage & Fees: $34.10

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

   UNITED STATES POSTAL SERVICE®

July 2022
/2 x 9 1/2



# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2



**GUARANTEED\* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.