
RECEIVED
APR 26 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CASE NO. 5:23-cv-725-BO-BM

04/22/2024

Dear Honorable Judge,

Thank you for allowing me this opportunity to express myself. I, in no way, have any ill will intentions of excluding anyone from patronizing my tenant. The building that I own is currently leased to Liberty Tax. When I occupied the building myself, it was Automatic Maytag Appliance Center. Both doors open for appliances to come in and out easily with a low threshold for the dolly to clear with ease. I have owned this building for over 50 years, and I have never had anyone complain of problems accessing or getting large appliances in or out of the building. I have a very small parking lot, however when I ran my business and even now with the new tenant, it is mainly by appointments, so there is never more than one or two cars in the parking lot at one time.

The current Tenant, Liberty Tax, does not have the plaintiff listed as one of their clients or potential clients, however they are willing to accommodate however needed. The parking lot and entry way are barrier free. The plaintiff may contact the owner directly to schedule an appointment and for any other accommodation.

The owner's name is:

Mr. Eric Toney – 919-880-7203

Mrs. Toney – 919-618-1295

Ricky – Office Manager 832-258-0968

Or Website: www.libertytax.com (Raleigh Office) to schedule an appointment, upload documents or contact.

I have taken pictures to show the plaintiff there are no barriers to keep him from patronizing this establishment. The establishment is accessible.

Please consider my stance on this issue. I am a retired veteran battling pancreatic cancer and my funds and energy level are not at their peak, but I will do my best to make any adjustment you see fit.

Thank you for your time and consideration your Honor,

*Otha Pretty Jr.*
Otha Pretty Jr./Owner